- 2 -

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ASHLEY WHEELER and JERAH BREWSTER,
on Behalf of Themselves And All Other Employees Similarly Situated,

Plaintiffs,

- v -

WEGMANS FOOD MARKETS, INC.,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**16-06825**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of all claims asserted in the above-captioned matter with prejudice and without costs or attorneys' fees to any party.

Dated: 7/5/___, 2017

**THOMAS & SOLOMON LLP**
*Attorneys for Plaintiffs*

By: _____
J. Nelson Thomas

693 East Avenue
Rochester, NY 14607
(585) 272-0540

Dated: 7-25___, 2017

**NIXON PEABODY LLP**
*Attorneys for Defendant Wegmans Food Markets, Inc.*

By: _____
Stephen J. Jones

1300 Clinton Square
Rochester, New York 14604
(585) 263-1000

SO ORDERED THIS 25th DAY OF July, 2017

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge

4840-8325-5626.1